1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   MARVIN TATE BROADUS,

9                                     Plaintiff,          Case No. C14-490-RAJ

10        v.

11   CITY OF BELLEVUE, *et al.*,                    ORDER GRANTING MOTION FOR
                                                    JUDGMENT ON THE PLEADINGS

12                                    Defendants.

13

14        The Court, having reviewed plaintiff's complaint, the City of Bellevue's motion for

15   judgment on the pleadings and for summary judgment, the Report and Recommendation of the

16   Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the

17   remaining record, does hereby find and ORDER:

18        (1)     The Court adopts the Report and Recommendation;

19        (2)     The City of Bellevue's motion for judgment on the pleadings (Dkt. 27) is

20   GRANTED with respect to plaintiff's § 1983 claims and plaintiff's federal constitutional claims

21   are dismissed with prejudice.  This City's motion for summary judgment (Dkt. 27) is DENIED

22   as moot with respect to plaintiff's state law claims and plaintiff's state law claims are  dismissed

23   without prejudice; and

ORDER GRANTING MOTION FOR
JUDGMENT ON THE PLEADINGS - 1

1    (3)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2 defendants, and to the Honorable Mary Alice Theiler.

3    DATED this 3rd day of February, 2015.

4

5

6    The Honorable Richard A. Jones
     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION FOR
JUDGMENT ON THE PLEADINGS - 2